# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT STEELE,<br><br>       Plaintiff,<br><br>v.<br><br>MSNBC, *et al.*,<br><br>       Defendants. | Case No. 2:23-cv-02153-JAD-NJK<br><br>**REPORT AND RECOMMENDATION** |

On October January 9, 2024, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 3. The Court therein determined that Plaintiff lacked standing to bring his claims because his complaint failed to allege an injury specific to him. *Id.* at 2-3. The Court ordered that, to the extent the deficiencies identified could be cured, Plaintiff must file an amended complaint no later than February 6, 2024. *Id.* at 3. The Court warned that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id.* at 4 (emphasis in original). Plaintiff has not filed an amended complaint, sought extension of the deadline, or otherwise taken further action in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: February 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

# NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen

days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).