UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT STEELE,

    Plaintiff

v.

MSNBC, *et al.*,

    Defendants

Case No. 2:23-cv-02153-JAD-NJK

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 5]

**On February 12, 2024, the magistrate judge issued this report and recommendation:**

    On October January 9, 2024, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e).  Docket No. 3.  The Court therein determined that Plaintiff lacked standing to bring his claims because his complaint failed to allege an injury specific to him.  *Id.* at 2-3.  The Court ordered that, to the extent the deficiencies identified could be cured, Plaintiff must file an amended complaint no later than February 6, 2024.  *Id.* at 3.  The Court warned that "**[f]ailure to comply with this order will result in the recommended dismissal of this case**." *Id.* at 4 (emphasis in original).  Plaintiff has not filed an amended complaint, sought extension of the deadline, or otherwise taken further action in this case.

    Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

    IT IS SO ORDERED.

### Order Adopting Report and Recommendation

    Because the deadline to object to this report and recommendation expired with no objection, and no review is required of a magistrate judge's report and recommendation unless objections are filed, IT IS ORDERED that **the report and recommendation [ECF No. 5] is ADOPTED** in its entirety and **THIS CASE IS DISMISSED without prejudice.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
March 12, 2024